Messrs. Wilson, Compton & Wilson, for Appellants.

Mr. Guy Axline and Messrs. Armstrong, Kramer, Morrison & Roche, for Appellee.

PER CURIAM.—It was stipulated that the judgment in the present case should follow that in *School District No. 9 of Apache County, and Apache County, Appellants,* v. *First National Bank of Holbrook, a Corporation, Appellee, ante,* p. 86, 118 Pac. (2d) 78.

The judgment of the superior court of Navajo County is reversed and the case remanded with instructions to rule upon the general demurrer in accordance with the principles laid down in the case above cited.

[Civil No. 4336. Filed October 15, 1941.]

[118 Pac. (2d) 86.]

SCHOOL DISTRICT No. 6 OF APACHE COUNTY, and APACHE COUNTY, Appellants, v. FIRST NATIONAL BANK OF HOLBROOK, a Corporation, Appellee.

Messrs. Wilson, Compton & Wilson, for Appellants.

Mr. Guy Axline and Messrs. Armstrong, Kramer, Morrison & Roche, for Appellee.

PER CURIAM.—It was stipulated that the judgment in the present case should follow that in *School District No. 9 of Apache County, and Apache County, Appellants,* v. *First National Bank of Holbrook, a Corporation, Appellee, ante,* p. 86, 118 Pac. (2d) 78.

The judgment of the superior court of Navajo County is reversed and the case remanded with instructions to rule upon the general demurrer in accordance with the principles laid down in the case above cited.

[Civil No. 4337. Filed October 15, 1941.]

[118 Pac. (2d) 88.]

SCHOOL DISTRICT No. 1 OF APACHE COUNTY, SCHOOL DISTRICT No. 2 OF APACHE COUNTY, SCHOOL DISTRICT No. 3 OF APACHE COUNTY, SCHOOL DISTRICT No. 4 OF APACHE COUNTY, SCHOOL DISTRICT No. 5 OF APACHE COUNTY, SCHOOL DISTRICT No. 6 OF APACHE COUNTY, SCHOOL DISTRICT No. 7 OF APACHE COUNTY, SCHOOL DISTRICT No. 9 OF APACHE COUNTY, SCHOOL DISTRICT No. 11 OF APACHE COUNTY, SCHOOL DISTRICT No. 12 OF APACHE COUNTY, SCHOOL DISTRICT No. 14 OF APACHE COUNTY, SCHOOL DISTRICT No. 15 OF APACHE COUNTY, SCHOOL DISTRICT No. 16 OF APACHE COUNTY, SCHOOL DISTRICT No. 17 OF APACHE COUNTY, SCHOOL DISTRICT No. 18 OF APACHE COUNTY, SCHOOL DISTRICT No. 19 OF APACHE COUNTY, SCHOOL DISTRICT No. 20 OF APACHE COUNTY, SCHOOL DIS-